UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60345-CR-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VALESKY BAROSY,

    Defendant.

_____/

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Comes now, the Defendant, Valesky Barosy, by and through undersigned counsel and files this Unopposed Motion to Continue Sentencing Hearing and in support thereof states:

1. This case is scheduled for a Sentencing Hearing on February 23, 2023 at 9:30AM.

2. Counsels for the Defendant need an additional week to prepare for the hearing.

3. Undersigned counsel spoke to Assistant United States Attorney, Jonathan Bailyn, regarding this motion.   Mr. Bailyn stated that he did not oppose the motion.

4. In addition, Mr. Bailyn stated that he has a hearing on February 28, 2023 in the morning.

5. Counsel would ask the Court to re-schedule the Sentencing Hearing in this case, if possible, to March 1, 2023.

WHEREFORE, undersigned counsel prays this Honorable Court enter its Order granting this motion.

Respectfully submitted,

OMAR A. LOPEZ, P.A.
848 Brickell Avenue, Suite 602
Miami, FL 33131
T:305.789.4430
F:305.503.9521
Email: omar@omarlopezlaw.com

By: <u>Omar A. Lopez</u>
    Omar A. Lopez, Esquire
    Florida Bar No. 017870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was on this 17th day of February 2023, furnished to all interested parties via the CF/ECF filing system.

<u>Omar A. Lopez, Esquire</u>
Omar A. Lopez, Esquire